IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CASE NO. 4:04CR92(11) |
| v. | § | |
| | § | |
| REX LEVON WILKINS | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge, and there being no objections by Defendant, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **MODIFIED** as follows:

Defendant shall be placed on home detention for a period not to exceed 180 days, to commence immediately on the date of the revocation hearing. During this time, Defendant shall remain at his place of residence except for employment and other activities approved in advance by

1

the U.S. Probation Officer. Defendant shall maintain a telephone at his place of residence without "call forwarding", "a modem", "Caller I.D.", "call waiting," or portable cordless telephones for the above period. At the direction of the probation officer, Defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. Defendant is to pay the cost associated with his program of electronic monitoring.

Additionally, Defendant shall abstain from the use of alcohol and all other intoxicants during the term of supervision.

Defendant shall not obtain a valid driver's license during the term of supervision.

Defendant shall not operate a motorized vehicle during the term of supervision.

**IT SO ORDERED.**

**SIGNED this 28th day of October, 2008.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE